IN THE UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON– SEATTLE DIVISION

| | |
|---|---|
| LOZANO ET AL, <br><br> Plaintiffs/Respondents <br><br> v. <br><br> DOES I-X, ET AL, <br><br> Defendants, <br><br> v. <br><br> BIRCH, <br><br> Petitioner. | Civil Misc. Action No. 2:22-mc-00078 <br><br> Judge Robert S. Lasnik |

**ATTACHMENT B**

| | |
|---|---|
| **From:** | Kirsten Fraser |
| **To:** | Stefania Ramos |
| **Subject:** | Re: Lozano et al v. Doe, et al. Subpoena |
| **Date:** | Thursday, September 22, 2022 6:46:38 PM |

Absolutely and I apologize if my email came across as pestering. Sometimes my emails go to junk mail, so I follow-up to be sure.

> On Sep 22, 2022, at 5:07 PM, Stefania Ramos <ramosimmigration@gmail.com> wrote:
>
> Ms. Frasier,
>
> Please be advised that my availability to respond to emails is extremely limited at the moment due to my pregnancy, limited time in the office, and my last day in the office being 9/30. I should be able to respond to you by tomorrow afternoon. I'd appreciate your patience.
>
> Sincerely,
>
> ***Stefania Ramos Birch, Esq.***
> ***Ramos Immigration P.L.L.C.***
> ***20801 HWY 99, Ste 201***
> ***Lynnwood, WA 98036***
> ***P: (425)218-7458***
> ***F: 1(206)494-7803***
>
> Notice:  This communication may contain privileged or other confidential information.  If you are not the intended recipient, please delete this message and notify the sender immediately.
>
> *Atención:  Este correo podría contener información privilegiada o confidencial. Si usted no es el destinatario previsto, por favor borre este mensaje y avise al remitente.*
>
> On Thu, Sep 22, 2022 at 1:37 PM Kirsten Fraser <kfraser@organlegal.com> wrote:
>
>> Stefania,
>>
>> I'm following up on my email from yesterday morning.
>>
>> Thanks,

Kirsten Fraser

**ORGAN LAW LLP**

1330 Dublin Road

Columbus, Ohio 43215

614.481.0900/614.869.3221 (direct)

614.481.0904 (f)

www.organlegal.com

**From:** Kirsten Fraser
**Sent:** Wednesday, September 21, 2022 9:46 AM
**To:** 'ramosimmigration@gmail.com' <ramosimmigration@gmail.com>
**Subject:** Lozano et al v. Doe, et al. Subpoena

Stefania,

Thank you for your call last week regarding the third party subpoena that was served on you. I'm writing to memorialize our conversation. You agreed to look for responsive documents, and that we would postpone the deposition for several weeks given the upcoming birth of your child. I would like to set some timelines regarding the documents. Would it be reasonable for you to look for the documents and get back to me by October 14th? As for the deposition, one thought I had was to do a brief deposition over Zoom this week or next, so that it is not looming over your head. Otherwise, could we look for a date in mid to late November or early December?

Best regards,

Kirsten Fraser

**ORGAN LAW LLP**

1330 Dublin Road

Columbus, Ohio 43215

614.481.0900/614.869.3221 (direct)

614.481.0904 (f)

www.organlegal.com