**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISCTRICT OF WASHINGTON– SEATTLE DIVISION**

LOZANO ET AL,

      Plaintiffs/Respondents

v.

DOES I-X, ET AL,

      Defendants,

v.

BIRCH,

      Petitioner.

Civil Misc. Action No. 2:22-mc-00078

Judge Robert S. Lasnik

**ATTACHMENT E**

Highlights



**Amy Maldonado**
Admin · 4h · 🌐

If any members of wIMMin – An intentional community of immigration attorneys have received a Third Party Subpoena in a $7.5 million federal lawsuit in Ohio filed by three of the "arreglar sin salir" attorneys, I have a draft Motion to Quash based on lack of personal jurisdiction that I am happy to share with you.  Please send me a DM or email me at amy@amaldonadolaw.com.

I am turning comments off on this post – this is a notice to our community.  Please remember that we do NOT bring outside drama to this group.

 Erika Jurado-Graham and 18 others


👍 Like                        ⌇ Send