UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re STEFANIA J. RAMOS BIRCH
SUBPOENA

Cause No. MC22-0078RSL

-----------------------------------------------------------

ALEXANDRA LOZANO, *et al.*,

            Plaintiffs,

      v.

DOES I-X, *et al.*,

           Defendants.

ORDER

On September 30, 2022, non-party Stefania J. Ramos Birch filed a motion to quash a subpoena served on her by the plaintiffs in the underlying matter, *Lozano v. Doe*, C22-3089ALM-KAJ (S.D .Ohio). Plaintiffs have opposed the motion. The Clerk of Court is therefore directed to assign this case a civil action number.

Dated this 18th day of October, 2022.

                                                              /s/ Robert S. Lasnik
                                                              Robert S. Lasnik
                                                               United States District Judge

ORDER - 1