IN THE UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON– SEATTLE DIVISION

| | |
|---|---|
| IN RE STEFANIA RAMOS BIRCH SUBPOENA <br><br> LOZANO ET AL, <br><br> Plaintiffs/Respondents <br><br> v. <br><br> DOES I-X, ET AL, <br><br> Defendants. | Civil Misc. Action No. 2:22-cv-01477 <br><br> Judge James L. Robart |

## NOTICE TO THE COURT

Now come Respondents Alexandra Lozano, Angelyne Lisinski, and Giulia Fantacci, and hereby provide Notice to the Court regarding a clarification issued by the Southern District of Ohio regarding the subpoena Respondents issued to Petitioner Stefania Ramos Birch. In compliance with the Southern District of Ohio's clarification, Respondents hereby respectfully amend their opposition to the Motion to Quash (Doc. 6). Respondents agree to withdraw their request for documents from Ms. Birch. However, **Respondents request that the Court deny the remainder of Ms. Birch's Motion to Quash and require Ms. Birch sit for her deposition at the end of her maternity leave**, for the reasons stated in Respondents' Memorandum in Opposition to the Motion to Quash.

Date: October 24, 2022

Respectfully submitted,

  /s/ Kirsten R. Fraser
Isaac Castaneda
    LEAD ATTORNEY
Alexandra Lozano Immigration Law, PPLC
6720 Fort Dent Way, Ste. 230

Tukwila, WA 98188
206.406.3068
206.494.7775 (f)
isaac@abogadaalexandra.com

Kirsten R. Fraser (0093951)
*PRO HAC VICE*
**Organ Law LLP**
1330 Dublin Road
Columbus, Ohio  43215
614.481.0900
614.481.0904 (f)
kfraser@organlegal.com
*Attorneys for Respondents*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 24, 2022, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system and was served on all counsel of record.

      /s/ Kirsten R. Fraser
*Attorney for Respondents*